IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MICKEY CARL STINSON,         *

    Petitioner           *

vs.                          *
                                CASE NO. 4:07-CV-121 (CDL)
STATE OF GEORGIA,            *

    Respondent           *

                            *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 19, 2007 is hereby approved, adopted, and made the Order of the Court.

The objections of Petitioner have also been considered and rejected.

IT IS SO ORDERED, this 4th day of March, 2008.

                                         S/Clay D. Land
                                         CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE